UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA MONIQUE MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY,<br><br>Defendant. | Case No. 3:19-mc-80012-JD<br><br>**ORDER RE PREFILING REVIEW**<br><br>Re: Dkt. No. 1 |

Plaintiff Yohonia Martin is subject to a vexatious-litigant order in this district. Dkt. No. 18 in Case No. 15-cv-3151 JST. Martin has filed a number of lawsuits in this district that were repeatedly dismissed for failing to state a claim. *See, e.g.*, Case No. 15-cv-03119-JSW; Case No. 15-cv-03407-YGR. Judge Jon Tigar imposed a pre-filing review requirement for any further pro se suits in our district under the name "Yohonia Martin" or any aliases, alone or with other plaintiffs.

The Court has reviewed the proposed complaint lodged under this case name and number, and finds that it falls within the scope of the vexatious-litigant order. Martin's complaint is largely unintelligible and offers no facts for the stated claims of "California usury & immigration contract" and "land condemnation." *See* Dkt. No. 1 at 5, 6. Martin alleges no plausible claim and no basis for the Court's jurisdiction.

Consequently, the complaint may not be filed. The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

Dated: March 8, 2019

JAMES DONATO
United States District Judge